IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN WILEY & SONS, INC., AND AMERICAN INSTITUTE OF PHYSICS, <br><br> Plaintiffs, <br><br> vs. <br><br> HOVEY WILLIAMS LLP AND JOHN DOE NOS. 1-10, <br><br> Defendants. | Case No. 5:2012-cv-4041 |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs John Wiley & Sons, Inc. and American Institute of Physics hereby dismiss their claim against defendants Hovey Williams LLP and John Doe Nos. 1-10 in the above action with prejudice and without costs.

Dated:  June 22, 2012

Respectfully submitted,

  /s/ J. Phillip Gragson_____
J. Phillip Gragson, #16103
Henson, Hutton,
 Mudrick & Gragson, LLP
100 SE 9th St., 2nd Floor
PO Box 3555
Topeka, KS 66601-3555
(785) 232-2200; (785) 232-3344 (fax)
jpgragson@hensonlawoffice.com

William Dunnegan, NY# 1927763
Dunnegan & Scileppi, LLC
350 Fifth Avenue
New York, NY 10118
Tel: 212-332-8300
Fax: 212-332-8301
wd@dunnegan.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of June, 2012, I caused the foregoing to be filed using the CM/ECF system, which sent notification of such filing to the following CM/ECF participants:

Michael B. Hurd
Scott R. Brown
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
Tel: (913) 647 – 9050
Fax: (913) 647 – 9057
srb@hoveywilliams.com
ATTORNEY FOR DEFENDANT
HOVEY WILLIAMS LLP

                                                                    /s/ J. Phillip Gragson_____